Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

Attorneys for Defendants,
DANIEL A. ROSEN, INC., D/B/A
CREDIT REPAIR CLOUD, AND DANIEL ROSEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL A. ROSEN, INC., D/B/A CREDIT REPAIR CLOUD, AND DANIEL ROSEN,<br><br>Defendants. | Case No.:  2:21-cv-07492 VAP (JDEx)<br><br>**DEFENDANTS' DEMAND FOR JURY TRIAL**<br><br>Case Assigned to Hon. Virginia A Phillips<br><br>Complaint Filed: September 20, 2021<br>Trial Date:         None Set |

      Defendants DANIEL A. ROSEN, INC., D/B/A CREDIT REPAIR CLOUD, and DANIEL ROSEN (collectively, "Defendants") hereby demand a jury trial.

Dated: December 17, 2021

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By: Joshua Briones
     E. Crystal Lopez

Attorneys for Defendants,
DANIEL A. ROSEN, INC., D/B/A CREDIT REPAIR CLOUD, AND DANIEL ROSEN

118634866v.1