AMANDA J. KRAUSE (NY Reg. #5323357)
Tel.: (202) 445-8767 / Email: amanda.krause@cfpb.gov
JOYCE CHEN (NY Reg. #4717245)
Tel.: (202) 702-4226 / Email: joyce.chen@cfpb.gov
JEFFREY BLUMBERG (MD Bar)
Tel.: (202) 435-9687 / Email: jeffrey.blumberg@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-7722

LEANNE E. HARTMANN, CA Bar # 264787- Local Counsel
301 Howard St., Suite 1200
San Francisco, CA 94105
Phone: (415) 844-9787
Fax: (415) 844-9788
Email: Leanne.Hartmann@cfpb.gov

Attorneys for Plaintiff
Bureau of Consumer Financial Protection

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau, <br><br> Plaintiff, <br><br> v. <br><br> Daniel Rosen, Inc., d/b/a Credit Repair Cloud and Daniel Rosen, <br><br> Defendants. | CASE NO.: 2:21-cv-07492 VAP <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANTS' FIRST AFFIRMATIVE DEFENSE** <br><br> Date:  July 18, 2022 <br> Time:  2:00 p.m. <br> Court:  Hon. Virginia A. Phillips <br>          Courtroom 8A |

Please take notice that on Monday, July 18, 2022, at the First Street Courthouse before the Honorable Virginia A. Phillips, Plaintiff Consumer Financial Protection Bureau (Bureau), pursuant to Federal Rule of Civil Procedure 12(f), will and hereby does move this Court for an order striking from Defendants' Amended Answer (ECF No. 49) the first affirmative defense and granting such other and further relief as the Court deems just and proper. This motion is based on this Notice of Motion and accompanying Memorandum in Support of Plaintiff's Motion to Strike Defendants' First Affirmative Defense. A proposed order is also attached.

## L.R. 7-3 CERTIFICATION

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 24, 2022.

Dated: June 3, 2022                               Respectfully submitted,


/s/ Jeffrey Blumberg
Jeffrey Blumberg (*pro hac vice*)
Amanda J. Krause (*pro hac vice*)
Joyce Chen (*pro hac vice*)
Leanne Hartmann – CA Bar #264787
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G St., NW
Washington, DC 20552
Tel: (202) 445-8767
Email: Amanda.krause@cfpb.gov

*Attorneys for Plaintiff Consumer Financial Protection Bureau*