UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-07492-VAP (JDEx) | Date | July 13, 2022 |
|---|---|---|---|
| Title | Consumer Financial Protection Bureau v. Daniel Rosen, et al. | | |

Present: The Honorable  John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Amanda Krause, Joyce Chen, Jeffrey Blumberg, Daniel Cheriyan | Joshua Briones, E. Crystal Lopez |

**Proceedings:**     Settlement Conference

On July 13, 2022, the parties and counsel appeared for a settlement conference by Zoom before Magistrate Judge Early. Despite approximately 2 hours of discussions and consideration, the case did not settle.

The parties were reminded to comply with Judge Phillip's post-settlement conference reporting requirements.

cc: Judge Phillips

2 : 00

Initials of Clerk:  mba