Amanda J. Krause (NY Reg. #5323357)
Tel.: (202) 445-8767 / Email: Amanda.Krause@cfpb.gov
Joyce Chen (NY Reg. #4717245)
Tel.: (202) 702-4226 / Email: Joyce.Chen@cfpb.gov
Jeffrey Blumberg (MD Bar)
Tel.: (202) 435-9687 / Email: Jeffrey.Blumberg@cfpb.gov
Daniel Cheriyan (NY Reg. #5119656)
Tel: (202) 451-1300) / Email: daniel.cheriyan@cfpb.gov
Carl Moore (MD Bar) (application for *pro hac vice* admission pending)
Tel: (202) 853-6751 / Email: carl.moore@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-7722

Leanne E. Hartmann (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Daniel A. Rosen, Inc., d/b/a Credit Repair Cloud, and Daniel Rosen,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-07492-VAP<br><br>**JOINT REPORT ON THE PROGRESS OF SETTLEMENT NEGOTIATIONS** |

**JOINT REPORT ON THE PROGRESS OF**
**SETTLEMENT NEGOTIATIONS**

1

Plaintiff Consumer Financial Protection Bureau ("Plaintiff") and Defendants' Daniel A. Rosen, Inc., d/b/a Credit Repair Cloud, and Daniel Rosen ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, provide the following joint report regarding the progress of settlement negotiations:

1. Pursuant to the Court's April 6, 2022 Order requiring a settlement conference by August 1, 2022, Magistrate Judge John D. Early entered an Order on June 10, 2022, setting a Settlement Conference for July 13, 2022.

2. On July 13, 2022, the Parties and their attorneys of record participated in a Settlement Conference before Magistrate Judge John D. Early. The Parties exchanged proposed settlement terms relating to injunctive and monetary relief but were unable to reach a settlement.

3. The Parties agree to continue settlement negotiations as discovery progresses and will promptly inform the Court in the event any settlement is reached.

Dated: July 19, 2022                CONSUMER FINANCIAL PROTECTION BUREAU

/s/ *Daniel Cheriyan*
Daniel Cheriyan (*pro hac vice*)
Amanda J. Krause (*pro hac vice*)
Joyce Chen (*pro hac vice*)
Jeffrey Blumberg (*pro hac vice*)
Carl Moore (application for *pro hac vice* admission pending)
Leanne E. Hartmann
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

Dated: July 19, 2022

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/ E. Crystal Lopez
Joshua Briones
E. Crystal Lopez
Grecia Rivas

*Attorneys for Defendants, Daniel A. Rosen, Inc., D/B/A Credit Repair Cloud, and Daniel Rosen*

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Daniel Cheriyan, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Daniel Cheriyan*
Daniel Cheriyan (*pro hac vice*)