AMANDA J. KRAUSE (NY Reg. #5323357)
Tel.: (202) 445-8767 / Email: Amanda.Krause@cfpb.gov
JOYCE CHEN (NY Reg. #4717245)
Tel.: (202) 702-4226 / Email: Joyce.Chen@cfpb.gov
JEFFREY BLUMBERG (MD Bar)
Tel.: (202) 435-9687 / Email: Jeffrey.Blumberg@cfpb.gov
DANIEL CHERIYAN (NY Reg. #5119656)
Tel: (202) 451-1300) / Email: Daniel.Cheriyan@cfpb.gov
CARL MOORE (MD Bar)
Tel.: (202) 435-9107 / Email: Carl.Moore@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-7722

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LINK 74

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No.: 2:21-cv-07492 VAP |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER MODIFYING APRIL 6, 2022 SCHEDULING ORDER** |
| Daniel A. Rosen, Inc., d/b/a Credit Repair Cloud, and Daniel Rosen, | |
| Defendants. | |

1  Plaintiff Consumer Financial Protection Bureau ("Plaintiff") and Defendants Daniel A. Rosen, Inc., d/b/a Credit Repair Cloud, and Daniel Rosen ("Defendants") (collectively, the "Parties"), have stipulated to modifications to the Court's April 6, 2022 Minute Order Setting Trial Dates.

Having considered the Parties' stipulation, and for good cause shown, the Parties' Joint Stipulation to Modify the April 6, 2022 Scheduling Order is **GRANTED**. The April 6, 2022 Minute Order Setting Trial Dates is modified as follows:

      Initial Expert Disclosures: December 21, 2022

      Rebuttal Expert Disclosures: January 13, 2023

      All Discovery Cut-Off: February 15, 2023

      Last Date for Hearing Non-Discovery Motions: April 17, 2023

      Pre-Trial Conference: May 15, 2023 at 2:30 p.m.

      Trial Date: May 23, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Dated: September 6, 2022

_____
Hon. Virginia A. Phillips
Chief Judge, United States District Court