1  Joshua Briones (SBN 205293)
   jbriones@mintz.com
2  E. Crystal Lopez (SBN 296297)
   eclopez@mintz.com
3  Esteban Morales (SBN 273948)
   emorales@mintz.com
4  Grecia A. Rivas (SBN 333971)
   garivas@mintz.com
5  Sofia Nuño (*Admitted Pro Hac Vice*)
   snuno@mintz.com
6  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   2049 Century Park East, Suite 300
7  Los Angeles, CA 90067
   Telephone:  (310) 586-3200
8  Facsimile:   (310) 586-3202

9  Attorneys for Defendants,
   DANIEL A. ROSEN, INC., D/B/A
10 CREDIT REPAIR CLOUD, AND DANIEL ROSEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL A. ROSEN, INC., D/B/A CREDIT REPAIR CLOUD, AND DANIEL ROSEN,<br><br>　　　　Defendants. | Case No.:  2:21-cv-07492-JFW-JDEx<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Case Assigned to Hon. John F. Walter<br><br>Complaint Filed: September 20, 2021<br>Trial Date:　　　Not Set Yet |

- 1 -
DECLARATION OF LEAD TRIAL COUNSEL

I, E. Crystal Lopez, declare:

1. I am an attorney licensed to practice law in the State of California and an attorney at the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., counsel for Defendants Daniel A. Rosen, Inc., d/b/a Credit Repair Cloud, and Daniel Rosen (collectively "Defendants") in the above-captioned action.[1] I submit this declaration in accordance with this Court's Standing Order issued on February 9, 2024 (Dkt. No. 135). I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently to them.

2. I have registered as an ECF User.

3. My email address of record is eclopez@mintz.com.

4. I have read this Court's Standing Order and the Local Civil Rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 21, 2024, at Los Angeles, California.

_E. Crystal Lopez_
E. Crystal Lopez

---

[1] The Court stayed this case until the Supreme Court issues a decision in *Consumer Fin. Prot. Bureau v. Cmty. Fin. Servs. Ass'n of Am.*, No. 22-448. ECF No.127 at 2. Nevertheless, in an abundance of caution, Defendants submit this declaration to comply with the Court's Standing Order.