Mechelle A. King
Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Consumer Financial Protection Bureau

                               Plaintiff(s)

v.

Daniel A. Rosen, Inc., d/b/a Credit Repair Cloud, and Daniel Rosen

                              Defendant(s).

CASE NUMBER

2:21-cv-07492-JFW-JDEx

### ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

King, Mechelle A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-435-9943      202-435-7024
*Telephone Number*     *Fax Number*

mechelle.king@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC 20552

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Consumer Financial Protection Bureau

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Hartmann, Leanne E.
*Designee's Name (Last Name, First Name & Middle Initial)*

264787    415-844-9787    202-844-9788
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

leanne.hartmann@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
301 Howard Street
Suite 1200
San Francisco, CA 94105

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office District.
- ☒ Counsel shall refile proposed order with local counsel in this district

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated: June 13, 2024**

*[signature]*

**U.S. District Judge**

G-64 Order (05/16)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1